**Order entered February 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00633-CV

### THOMAS J. ELLIS, Appellant

### V.

### THE RENAISSANCE ON TURTLE CREEK CONDOMINIUM ASSOCIATION, INC., Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-01827-C**

## ORDER

Before the Court is appellee's motion to strike or, alternatively, disregard appellant's notice to the Court, which was filed on January 23, 2014. In its motion, appellee requests that the Court strike or disregard appellant's "Notice to the Court," which appellant filed on January 16, 2014. We **DENY** appellee's motion.

/s/      MOLLY FRANCIS
         PRESIDING JUSTICE